IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:96-CR-128-3H

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) **ORDER**<br>) |
| MARK CORRIGAN | ) |

This matter is before the court on various motions by the defendant for relief from his judgment and conviction. The court notes that defendant has been released from custody and his supervised release has been terminated. Additionally, the court finds defendant has not shown good cause for the requested relief. Therefore, the motions [DE #312, 316, and 318] are DENIED. The clerk is directed to terminate all other pending motions as moot.

This 17th day of October 2013.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26