IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:96-CR-128-3H

UNITED STATES OF AMERICA )
)
)
v. )
) **ORDER**
)
MARK CORRIGAN )

This matter is before the court on various motions by the defendant for relief from his judgment and conviction. He moves for a writ of error coram nobis to collaterally attack "his conviction, sentences, restitution, and forfeitures" [DE #329 at 3] and also files motions related to his motion for a writ. [DE #331, #332, #333]. Petitioner seeks the vacatur of his convictions, restitution, and forfeiture, and alternatively, an evidentiary hearing. [DE #329-1 at 17].

Petitioner's motion to disqualify the undersigned, [DE #333], is without merit as the undersigned is neither a party to the action nor has petitioner shown bias and prejudice pursuant to 28 U.S.C. §§ 455 and 144. While styled under a new name, these remaining motions are, in reality, motions to reconsider the orders in the prior post-judgment motions filed by defendant. The court

has once again carefully reviewed this matter and finds the motions must be denied.

This 30th day of December 2020.

                                                   Malcolm J. Howard
                                                   Senior United States District Judge

At Greenville, NC
#35